IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| SANGERNETTA MASON, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0069-CG-M |
| ASPLUNDH, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**DONE and ORDERED** this 27th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE