## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SANGERNETTA MASON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0069-CG-M |
| ASPLUNDH, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 27th day of May, 2010.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE